Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
RONALD MOORE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>  Plaintiff,<br><br>  vs.<br><br>RONNIE'S MIDWAY MART, INC. dba RONNIE'S MIDWAY MARKET; ROGER ASADOOR, RANDALL C. ASADOOR, and MELINDA M. HARVEY AS JOINT TENANTS; BALWINDER KAUR and LAKHBIR SINGH dba ROGERS MIDWAY LIQUOR aka MIDWAY LIQUOR aka MID-WAY LIQUORS, aka MIDWAY LIQUORS,<br><br>  Defendants. | Case No. 1:13−CV−00147−AWI−SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; [ ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff RONALD MOORE and Defendants RONNIE'S MIDWAY MART, INC. dba RONNIE'S MIDWAY MARKET; ROGER ASADOOR; RANDALL C. ASADOOR and MELINDA M. HARVEY AS JOINT TENANTS; BALWINDER KAUR and LAKHBIR SINGH dba ROGERS MIDWAY LIQUORS aka MIDWAY LIQUOR aka MID-WAY LIQUORS aka MIDWAY LIQUORS, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

*Moore v. Ronnie's Midway Mart, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order

| | |
|---|---|
| Date: May 22, 2013 | MOORE LAW FIRM, P.C. |
| | |
| | */s/ Tanya E. Moore* |
| | Tanya E. Moore |
| | Attorneys for Plaintiff |
| | Ronald Moore |
| Date: May 22, 2013 | KLINEDINST PC |
| | |
| | */s/ W. Jason Scott* |
| | Ian A. Rambarran |
| | W. Jason Scott |
| | Attorneys for Defendants |
| | Lakhbir Singh and Balwinder Kaur dba Roger's Midway Liquors |
| Date: May 22, 2013 | */s/ Bruce A. Neilson* |
| | Bruce A. Neilson |
| | Attorney for Defendants |
| | Ronnie's Midway Mart, Inc. dba Ronnie's Midway Market, Roger Asadoor, Randall C. Asadoor, and Melinda M. Harvey |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  May 22, 2013                                    _____
                                                                         SENIOR  DISTRICT  JUDGE

*Moore v. Ronnie's Midway Mart, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order